IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 09-28493 |
| | ) | |
| Jill S Speigner | ) | Judge Sonderby |
| | ) | |
| Debtor(s). | ) | Chapter 13 |
| | ) | |

NOTICE OF MOTION

TO:   Jill S Speigner, 256 Sangamon Street, Park Forest IL 60466
Tom Vaughn, 200 S Michigan Avenue, 13th Floor, Chicago, IL 60604 (ECF notice)

PLEASE TAKE NOTICE that on September 17, 2009 at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sonderby or any other judge sitting in her stead, in the courtroom usually occupied by her in Room 642 of the Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there move for entry of an order in accordance with the prayer of the motion attached hereto, at which time and place you may appear if you so desire.

/s/ Edwin L Feld

CERTIFICATION

I, Edwin L Feld, an attorney, state that I served the above notice and motion upon the above named addressees by enclosing same in an envelope, properly addressed with postage, fully prepaid and by depositing same in the U.S. Mail at 29 S LaSalle St, Chicago, Illinois, on August 10, 2009.

/s/ Edwin L Feld

FELD & KORRUB, LLC
29 S. LaSalle Street, Suite 328
Chicago, IL  60603
(312) 263-2100

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: )
    Jill S Speigner ) Case No. 09-28493
    Debtor(s). ) Hearing Date: September 17, 2009
)

### ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Model Retention Agreement:**
    ☒ The attorney and the debtor(s) have entered into the Court's Model Retention Agreement.
    ☐ The attorney and the debtor(s) have not entered into the Model Retention Agreement.

**Dismissal of prior case**
    ☒ A Chapter 13 case of the debtor or debtor's spouse was dismissed within one year of this case filing.

**Fees in prior case(s):**    ☐ The attorney has not represented the debtor(s) in any prior bankruptcy case.
    ☒ The attorney has represented the debtor(s) in prior bankruptcy cases as follows:
    Case no. 09-00912    Chapter 13    Plan confirmed? ☐ Yes ☐ No    Fees paid $2084.44
    Case no. _____    Chapter _____    Plan confirmed? ☐ Yes ☐ No    Fees paid $_____

**Fees sought in present case:**
☐ $_____, for services    ☒ $3500, for services    ☐ $_____, for services
through plan confirmation.    through case closing.    after plan confirmation.

**Expense reimbursement:**    ☐ $_____, for filing fee
        ☐ $_____, for expenses itemized on the attached sheet.
    Total reimbursement requested: $_____.

**Payment received directly from debtor:**    ☐ None    ☒ $0

**Compensation previously awarded in this case:** ☒ None
    ☐ a total of $   , pursuant to orders entered on the following dates:

**Plan Payments:** $1050 for 60 months.

**Secured debt:** ☐ None    ☒ home mortgage(s) in default    ☒ motor vehicle loans    ☐ other _____

**Unsecured debt:** $66,867    No. of claims: 25 est    Total amount: $66,867 est    To be paid under plan- 19%

**Professional time expended:** 3.0 attorney hours; 2.0 paraprofessional hours.

**Itemization of time:**    ☒ Not submitted    ☐ Attached to this application.

**Hourly rates:** $225.00 attorney, $95.00 paraprofessional

**Date of Application:** August 10, 2009    Attorney's signature:    /s/ Edwin L Feld
        Edwin L Feld #6188070
        Feld & Korrub, LLC
        29 S. LaSalle Street, Ste 328
        Chicago, IL 60603